In the Matter of 10 EAST REALTY, LLC, et al., Respondents, v INCORPORATED VILLAGE OF VALLEY STREAM et al., Appellants.

Submitted September 8, 2008; decided September 11, 2008

774

Motion by City of New York for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.